DM

07 OCT -1 AM 10: 52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Camilo TORRES-Castro,** Defendant | Magistrate Docket No. '07 MJ 234 <br> <u>COMPLAINT FOR VIOLATION OF:</u> <br> Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **September 28, 2007** within the Southern District of California, defendant, **Camilo TORRES-Castro,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **OCTOBER, 2007**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Camilo TORRES-Castro**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 28, 2007, Border Patrol Agent C. Walker was performing his assigned duties in the Campo Border Patrol Station area of operations. At approximately 9:30 a.m., Agent Walker responded to a seismic intrusion device in an area north of "Rattlesnake high point". This area is located approximately 20 miles east of the Tecate, California Port of Entry and about a half mile north of the United States/Mexico International Border.

Agent Walker proceeded to the location. Upon arrival, Agent Walker observed fresh footprints for approximately thirteen individuals walking north on a known undocumented alien trail. Agent Walker followed the footprints north when he observed thirteen individuals trying to conceal themselves under some thick brush, including one later identified as the defendant **Camilo TORRES-Castro**. Agent Walker approached the individuals and identified himself as a United States Border Patrol Agent and began to question each subject as to their immigration status. All subjects stated that they were citizens and nationals of Mexico without any documents allowing them to enter or remain legally in the United States. All individuals were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 23, 1999** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on September 29, 2007 at 10:30 a.m.**

Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **September 28, 2007,** in violation of Title 8, United States Code, Section 1326.

Ruben B. Brooks
United States Magistrate Judge

9/29/2007 at 12:20 p.m.
Date/Time