## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>Camilo Torres-Castro,<br><br>                    Defendant. | CASE NO. 07CR2938-W<br><br>**JUDGMENT OF DISMISSAL** |

**FILED**
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_X_** of the offense(s) of: <u>8 USC 1326(a) & (b)</u>.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/7/08

                                                    _____
                                                    Thomas J. Whelan
                                                    UNITED STATES DISTRICT JUDGE