# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Camilo Torres-Castro,
Defendant.

CASE NO. 07CR2938-W

JUDGMENT OF DISMISSAL

FILED
JAN - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 8 USC 1326(a) & (b).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/7/08

[signature]
Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ~~Judgment and Commitment~~ on 1/8/08

United States Marshal

By: [signature]
USMS Criminal Section